Ajay Gupta, Esq. (#242132)
Gupta Legal Center
402 West Broadway, Suite 400
San Diego, CA 92101
(619) 866-3444
(619) 330-2055 Facsimile
e-mail: ajay@guptalc.com

**Attorney for Defendants, Ikebal and Shaheen Gill**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOVIND GILL, Successor Trustee of the Gill Living Trust dated 2/22/90, as restated, and Guardian Ad Litem for RANI B. GILL,<br><br>Plaintiffs,<br><br>vs.<br><br>IKEBAL S. GILL, an individual, SHAHEEN GILL, an individual, VIKRAM GILL, an individual, AMERICAN GAS MANAGEMENT, INC., a California Corporation, and DOES 1 through 10,<br><br>Defendants | Case #: _____<br><br>**VERIFICATION FOR REMOVAL NOTICE**<br><br>(Removed from San Diego Superior Court Case No. 37-2010-00050109-CU-NP-NC) |

I, Ikebal S. Gill have reviewed the Removal Notice. Based on my information and belief, Rani B. Gill was a citizen of New York on January 6, 2010 through the present date. I hereby declare under the penalty of perjury under the laws of the State of California contents presented in the Removal Notice is true and correct.

///

///

1 | Executed this 4th day of August, 2010 in San Diego, California.

/s/ Ikebal Gill
Ikebal Gill
Defendant