Law Offices of Russel T. Little, ap.c.
California Bar No. 153596
185 West F Street, Suite 100
San Diego, California 92101
Telephone (619) 232-2330
Facsimile: (619) 232-4916

Attorney for:   Govind Gill, Successor Trustee and Guardian Ad Litem for Rani B. Gill,

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-19462-LA7 |
| IKEBAL S. GILL, SHAHEEN GILL, | Adversary No. 10-90383-LA |
| | MOTION TO REMAND PURSUANT TO 28 U.S.C. §1452(b), AND 28 U.S.C. §1447(c) |
| GOVIND GILL, Successor Trustee of the Gill Living Trust dated 2/22/90, as restated, and Guardian Ad Litem for RANI B. GILL, | |
| <u>Plaintiff</u> vs. IKEBAL S. GILL, SHAHEEN GILL, <u>Defendants</u> | HEARING: DATE: OCTOBER 21, 2010 TIME: 2:00 P.M. DEPT: TWO |

Plaintiff, GOVIND GILL, Successor Trustee of the Gill Living Trust, dated February 22, 1990, as Restated on August 11, 1992, and thereafter amended by the First Amendment thereto, (hereinafter the "Trust") and Guardian Ad Litem for Rani B. Gill, moves this court for an order denying removal jurisdiction and the remand of the case back to the Superior Court of California, County of San Diego,

1 | North County Division, and in the alternative for an order
2 | remanding upon equitable grounds.

### 28 U.S.C. §1452(b)

Pursuant to 28 U.S.C. §1452(b), the bankruptcy court may such claim or cause of action on any equitable ground.

### 28 U.S.C. §1446(b)

Pursuant to 28 U.S.C. §1446(b), the Notice of Removal is untimely and defective.

### 28 U.S.C. §1447(c)

Pursuant to 28 U.S.C. §1447(c), the Motion to Remand can be made for defect of Notice of Removal at any time within 30 days after the Notice of Removal is filed.

Law Offices of Russel T. Little, apc

Dated: 9/9/2010         /s/Russel T. Little
                         RUSSEL T. LITTLE, Attorney for Plaintiff, Govind Gill, Successor Trustee and Guardian Ad Litem for Rani B. Gill,

-2-